# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| FAWN CAIN, TANYA ARCHER, and SANDI OVITT,<br><br>              Plaintiff,<br><br>vs.<br><br>SALISH KOOTENAI COLLEGE, INC., et al.<br><br>              Defendants. | CV-12-181-M-BMM<br><br>**ORDER** |

The Court conducted a telephonic scheduling conference in the matter on August 31, 2017. Plaintiffs were represented by Jason A. Williams, Esq. and Trent N. Baker, Esq. Defendants were represented by Martin S. King, Esq. and Jori L. Quinlan, Esq. Amicus curiae Confederated Salish and Kootenai Tribes of the Flathead Reservation (the Tribe) was represented by John T. Harrison, Esq. and Rhonda Swaney, Esq.

IT IS ORDERED:

1. The stay entered in this case on January 8, 2015 (Doc. 44) is LIFTED for the purpose of conducting discovery and for the purpose of submitting briefs on the issue of whether Defendant Salish Kootenai College, Inc. functions as an arm of the Tribe and therefore shares the Tribe's sovereign status.

2. Defendant Salish Kootenai College, Inc. shall file a motion to dismiss on or before January 5, 2018.

3. The Tribe shall file an amicus brief on or before January 5, 2018.

4. Plaintiffs shall file their response brief on or before January 26, 2018.

5. Defendant Salish Kootenai College, Inc. shall file its reply brief on or before February 9, 2018.

6. The Court will conduct a hearing on the motion to dismiss at 1:30 p.m. on February 15, 2018, at the Missouri River Courthouse in Great Falls, Montana.

7. The individual defendants are not required to file an answer to the First Amended Complaint or file an appearance in this case until the Court issues its ruling on the motion to dismiss.

DATED this 31th day of August, 2017.

/s/ Brian Morris
Brian Morris
United States District Court Judge