# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| FAWN CAIN, TANYA ARCHER, and SANDI OVITT,<br><br>Relators and Plaintiffs,<br><br>vs.<br><br>SALISH KOOTENAI COLLEGE, INC., et al.,<br><br>Defendants. | Cause No.: CV 12-181-M-BMM<br><br>**ORDER** |

Upon review of Relators' and Plaintiffs' Motion to File Exhibits C, K, Q and R under seal, with no objections, and good cause appearing,

IT IS HEREBY ORDERED that the Exhibits C, K, Q and R of Docket No. 102 be filed under seal.

DATED this 7th day of February, 2018.

Brian Morris
United States District Court Judge